# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1115**
**CAF 11-01095**
PRESENT: SCUDDER, P.J., CENTRA, FAHEY, PERADOTTO, AND LINDLEY, JJ.

---

IN THE MATTER OF ANDREA F.P.,
RESPONDENT-APPELLANT.
-------------------------------------------------                    ORDER
MONROE COUNTY ATTORNEY, PETITIONER-RESPONDENT.

---

TANYA J. CONLEY, ATTORNEY FOR THE CHILD, ROCHESTER, FOR
RESPONDENT-APPELLANT.

DAVID VAN VARICK, COUNTY ATTORNEY, ROCHESTER (TIMOTHY M. LEXVOLD OF
COUNSEL), FOR PETITIONER-RESPONDENT.

-------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Monroe County (Joseph
G. Nesser, J.), entered November 4, 2010 in a proceeding pursuant to
Family Court Act article 7.  The order, among other things, adjudged
that respondent is a person in need of supervision.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  November 10, 2011                    Patricia L. Morgan
                                               Clerk of the Court